PER CURIAM.
 

 Affirmed.
 
 As to ground one,
 
 see Solorzano v. State,
 
 25 So.3d 19 (Fla. 2d DCA 2009); as to ground two,
 
 see Bryant v. State,
 
 901 So.2d 810, 821-22 (Fla.2005);
 
 Corp v. Sec., Fla. Dept. of Corr.,
 
 2010 WL 3469506 at *13 (M.D.Fla. Aug. 31, 2010); as to ground three,
 
 see Zack v. State,
 
 911 So.2d 1190, 1198 n. 3 (Fla.2005).
 

 TAYLOR, CIKLIN and GERBER, JJ., concur.